**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**James T. FRENCH, Sr., Defendant–
Appellant.**

No. 02–6029.

United States Court of Appeals,
Fourth Circuit.

Submitted July 18, 2002.

Decided July 23, 2002.

James T. French, Sr., Appellant Pro Se. Ray B. Fitzgerald, Jr., Office of the United States Attorney, Charlottesville, Virginia, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

James T. French, Sr., seeks to appeal the district court's order denying his motion filed pursuant to Rule 12(b)(2) of the Federal Rules of Criminal Procedure. We have reviewed the record and the district court order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. French,* No. CR–95–64–JHM (W.D.Va. Nov. 19, 2001). We also deny French's motion for appointment of counsel and for a copy of the record on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*